In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-505 CV


____________________



KIMBERLEY RANDALL, Appellant



V.



DAVID W. MILLS, Appellee






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 06-20,680






 MEMORANDUM OPINION 


 In this appeal from a judgment for possession of residential premises, the trial court
sustained a contest to Kimberley Randall's affidavit of indigence. We directed the parties
to file briefs on the contest, but the appellant did not file a response. On June 14, 2007, we
notified the parties that the appeal would proceed with the appellant being responsible for
the payment of costs. The appellant did not file the clerk's or reporter's records and did not
pay the filing fee for the appeal. On July 5, 2007, we notified the parties that the appeal
would be dismissed for want of prosecution unless arrangements were made for filing the
record. The appellant did not respond. 

 The appellant is not entitled to proceed without payment of costs. Tex. R. App. P.
20.1. There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b), 42.3. Costs are assessed against
the appellant.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice



Opinion Delivered September 6, 2007 

Before McKeithen, C.J., Gaultney and Horton, JJ.